# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| B.T.M. EXPRESS DELIVERY LLC, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 2:22-cv-2615-SHL-cgc |
| FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION and PETE BUTTIGIEG, in his capacity as Secretary of the United States Department of Transportation, | ) ) ) ) ) ) | |
|     Defendants. | ) | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint, (ECF No. 1), filed September 15, 2022,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Dismissal, (ECF No. 11), filed November 29, 2022, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all claims in this matter are hereby **DISMISSED WITH PREJUDICE**. The Parties shall bear their own costs.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE

November 29, 2022
Date